IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE FARM LLOYDS AS SUBROGEE OF STEVE WATSON AND LISA WATSON       *Plaintiff* | § § § § § | |
| VS. | § § § | CIVIL ACTION NO. 4:13-CV-033 -Y |
| INTERLINE BRANDS, INC.; LINX, LTD.; and WATTS PLUMBING TECHNOLOGIES (TAIZHOU) CO., LTD.       *Defendants* | § § § § § | |

**PLAINTIFF'S CERTIFICATE OF EXPERT DISCLOSURES**

COME NOW Plaintiff, STATE FARM LLOYDS AS SUBROGEE OF STEVE WATSON and LISA WATSON, who certifies that the disclosure of information and materials regarding Plaintiff's testifying expert witnesses required by Federal Rule of Civil Procedure 26(a) was served on counsel for Defendants, INTERLINE BRANDS, INC., LINX, LTD. and WATTS PLUMBING TECHNOLOGIES (TAIZHOU) CO., LTD. on December 9, 2013.

**Respectfully submitted,**

**HEARNE & SCHUBLE**
Independence Plaza III
14310 Northbrook Drive, Suite 260
San Antonio, Texas 78232
Telephone No. (210) 495-5180
Facsimile No. (210) 495-5170
steve@hearnelawfirm.com

By: /s/ Steven Hearne _____
       STEVEN HEARNE
       State Bar No. 09343200

                **LAW OFFICES OF PAUL VIGUSHIN, P.C.**
                6119 Greenville Ave., PMB 401
                Dallas, TX 75206
                (972) 705-9911 (tel.)
                (972) 705-9922 (fax)
                vigushin@tx.rr.com


By: /s/ Paul Vigushin
     PAUL VIGUSHIN
     Texas Bar No. 00797600

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing document was served on the following counsel of record on this the 9th day of December, 2013, *via ECF Filing, and/or certified mail, return receipt requested property addressed* to:

Mr. Christopher J. Pruitt
Ms. Lindsay P. Daniel
Brown Pruitt Peterson & Wambsganss, P.C.
201 Main Street, Suite 801
Fort Worth, Texas 76102
**Attorneys for Interline Brands, Inc. and Linx, Ltd.**

Mr. Vernon Hartline, Jr.
Ms. L. Abigail Foreman
Ms. Angela S. Gordon
Hartline Dacus Barger Dreyer, LLP
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
**Attorneys for Watts Plumbing Technologies (Taizhou) Co., Ltd.**


                /s/ Steven Hearne
               STEVEN HEARNE