IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE FARM LLOYDS AS SUBROGEE OF STEVE WATSON AND LISA WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERLINE BRANDS, INC.; LINX, LTD.; AND WATTS PLUMBING TECHNOLOGIES (TAIZHOU) CO., LTD.,<br><br>    Defendants.<br>_____<br><br>INTERLINE BRANDS, INC. AND LINX, LTD.,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>WATTS PLUMBING TECHNOLOGIES (TAIZHOU) CO., LTD., WATTS WATER TECHNOLOGIES, INC., WATTS INDUSTRIES, INC., WATTS REGULATOR CO., AND WATTS (SHANGHAI) MGT. CO., LTD.,<br><br>    Third-Party Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:13-CV-033-Y |

## ORDER DENYING MOTION FOR LEAVE AS MOOT

On this day came on to be heard Plaintiff's Motion for Leave to Conduct Jurisdictional and Claims Discovery (doc. #88). In the motion, Plaintiff requests leave to conduct jurisdictional discovery in order to prepare its response to the motion to dismiss filed by defendant Watts Plumbing Technologies (Taizhou) Co., Ltd. ("WPT"). On November 8, 2013,

however, Plaintiff filed its response to WPT's motion.  As a result, the Court concludes that the motion for leave should be and hereby is DENIED as moot.

SIGNED December 31, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE